# U.S. District Court for the Northern District Of Illinois

## Attorney Appearance Form

Case Title:        HUMBERTO NAVARRO,   Case Number:            24-17973
AUDREY K NAVARRO

An appearance is hereby filed by the undersigned as attorney for:

Carrington Mortgage Services LLC

Attorney name (type or print):        Nisha B. Parikh
Firm:                Diaz Anselmo & Associates LLC
Street address:        1771 West Diehl Road, Suite 120, Naperville, IL 60563
Bar ID Number:        6298613                Telephone Number:        (630) 453-6960
(See item 3 in instructions)

Email Address:        Bankruptcy@dallegal.com

Are you acting as lead counsel in this case?                ☑ Yes  ☐ No

Are you acting as local counsel in this case?                ☐ Yes  ☑ No

Are you a member of the court's trial bar?                ☐ Yes  ☑ No

If this case reaches trial, will you act as the trial attorney?      ☐ Yes  ☑ No

If this is a criminal case, check your status.        ☐ Retained Counsel

☐ Appointed Counsel

If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.

I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. § 1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on: 7/30/2026

Attorney signature:    /s/ Nisha B. Parikh

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, July 30, 2026, a copy of the foregoing was served:

Via the court's ECF system on these entities and individuals who are listed on the Court's

Electronic Mail Notice List:

DAVID H CUTLER
CUTLER & ASSOCIATES, LTD.
4131 MAIN ST.
SKOKIE, IL 60076
847-673-8600
*Attorney for Debtor(s)*

MARILYN O MARSHALL
224 SOUTH MICHIGAN, STE 800
CHICAGO, IL 60604
*Trustee*

ADAM BRIEF
219 SOUTH DEARBORN ROOM 873
CHICAGO, IL 60604

*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

HUMBERTO NAVARRO
5423 N HAVARD TERRACE
SKOKIE, IL 60077
*Debtor*

AUDREY K NAVARRO
5423 N HAVARD TERRACE
SKOKIE, IL 60077
*Debtor*

By:  /s/ Nisha B. Parikh
Nisha B. Parikh
Bar No. 6298613
nparikh@dallegal.com